UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,

    Plaintiff,

v.

KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, KANSAS ATTORNEY GENERAL'S OFFICE, AMANDA MIRANDA, and HEATHER DUNZ, in their individual and official capacities,

    Defendants.

Case No. 25-cv-2171-JWB-TJJ

## ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff has filed an Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 3) requesting permission to proceed *in forma pauperis* ("IFP Application"). Based on the financial information provided by Plaintiff in her IFP Application, the Court finds that Plaintiff has shown an inability to pay the filing fees and stated she is entitled to the relief requested. Thus, the Court concludes that Plaintiff's IFP Application should be granted.

The Court notes that Plaintiff's Complaint (ECF No. 1) fails to provide complete mailing addresses for the named Defendants. In order for the Clerk's Office to issue summons for service upon each of the named Defendants, Plaintiff shall provide complete address information for each Defendant named in the Complaint. Plaintiff shall provide this information to the Clerk's office in writing no later than **May 2, 2025**, by either emailing the information to KSD_Clerks_kansascity@ksd.uscourts.gov or mailing the information to the following address:

    Clerk of the Court
    Robert J. Dole United States Courthouse
    500 State Avenue, Rm 259
    Kansas City, KS 66101

After Plaintiff provides complete address information for the Defendants named in her Complaint, the Clerk shall issue summons for service upon those Defendants. Service of the summons and Complaint shall be made by the United States Marshal or a deputy United States Marshal who are hereby appointed for such purpose pursuant to Fed. R. Civ. P. 4(c)(3).

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 3) is granted. Pursuant to 28 U.S.C. § 1915(a)(1), Plaintiff may commence this action without prepayment of fees or security therefor.

Dated April 15, 2025, in Kansas City, Kansas.

*[Signature]*

Teresa J. James
U. S. Magistrate Judge