UNITED STATES DISTRICT COURT
for the District of Kansas

Angeliina Lynn Lawson,

                      Plaintiff,

v.                                        Case No.:  **2:25-CV-02171-JMB-TJJ**

Kansas Department for
Children and Families, et al.,

                      Defendants.

## CLERK'S 14 DAY EXTENTION OF TIME

      Pursuant to D. Kan. Rule 77.2(b) Defendant, State of Kansas, Department for Children and Families, and Heather Dunz and Amanda Miranda, employees of Kansas DCF, both in their individual and official capacity, should be and are hereby granted fourteen (14) days additional time to answer or otherwise plead to Plaintiff's Petition.

      Plaintiff's Petition was filed, Defendants were served in their individual and official capacity via certified mail.  Defendants' answer date is May 19, 2025, so the time originally prescribed has not expired.

      This is the first extension by all Defendants.

      Defendants' answer or other responsive pleading is now due on or before June 2, 2025.

Dated this 19th day of May, 2025.

                                SKYLER B. O'HARA
                                CLERK OF THE U.S. DISTRICT COURT

                                By: */s/ Jeffrey S. Hokanson, Deputy Clerk*
                                        Deputy Clerk

Prepared and Submitted by:

*/s/ Marc Altenbernt*
Marc Altenbernt, SC#28745
General Counsel
Kansas Department for Children and
Families 555 S. Kansas Ave., 6th Floor
Topeka, KS 66603
Tel:       (785) 250-0380
Fax:      (785) 296-4960
Marc.Altenbernt@ks.gov
*Attorney for Defendants, DCF*

## CERTIFICATE OF SERVICE

     I hereby certify that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which sent electronic notification of such filing to all those individuals currently electronically registered with the Court on the 19th day of May, 2025, and to Plaintiff, via email:

AngliinaCourtRecords@gmail.com

                                    */s/ Marc Altenbernt*
                                    Marc Altenbernt, #28745