| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Angeliina Lynn Lawson | 2:25-cv-02171-JWB-TJJ |
| DEFENDANT | TYPE OF PROCESS |
| AMANDA MIRANDA (INDIVIDUAL CAPACITY) LEAVENWORTH DCF OFFICE | Civil Summons & Complaint |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  AMANDA MIRANDA (INDIVIDUAL CAPACITY) LEAVENWORTH DCF OFFICE
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  515 LIMIT STREET SUITE 100 LEAVENWORTH, KS 66048

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Angeliina Lynn Lawson<br>1914 5th Avenue<br>Leavenworth, KS 66048 | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of:<br>s/N. Coop, Deputy Clerk for Angeliina Lynn Lawson | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>913-972-1661 | DATE<br>4/16/2025 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 of 6 | District of Origin<br>No. 031 | District to Serve<br>No. 031 | Signature of Authorized USMS Deputy or Clerk | Date<br>4/18/25 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am<br>[ ] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

USPS tracking # 7022 3330 0001 6944 5520

Certified mail received 4-30-25

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | |
|---|---|
| Angeliina Lynn Lawson <br><br> *Plaintiff(s)* <br> v. <br> KANSAS DEPT CHILDREN AND FAMILIES et al. <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-02171-JWB-TJJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMANDA MIRANDA (INDIVIDUAL CAPACITY)
LEAVENWORTH DCF OFFICE
515 LIMIT STREET SUITE 100
LEAVENWORTH, KS 66048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Angeliina Lynn Lawson
1914 5th Avenue
Leavenworth, KS 66048

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/16/2025

s/N. Coop, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:25-cv-02171-JWB-TJJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*


                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc: