UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANGELIINA LYNN LAWSON, ) | |
| Plaintiff, and as next friend of D.L., a minor ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02171 |
| ) | |
| KANSAS DEPARTMENT FOR CHILDREN ) | |
| AND FAMILIES, et al., ) | |
| Defendants. ) | |

Jury Trial Demand

## PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Angeliina Lynn Lawson, and as next friend of D.L., a minor, respectfully requests that the Clerk enter default against the following Defendant for failure to plead or otherwise defend within the time allowed by law:

- Kansas Attorney General's Office

The U.S. Marshal Service confirmed that the Kansas Attorney General's Office was served with the summons and complaint on April 29, 2025. As of the date of this filing, more than 30 days have passed, and the Kansas Attorney General's Office has not filed an answer, motion, or other responsive pleading, nor has any attorney appeared on its behalf.

This failure to respond constitutes grounds for entry of default under Rule 55(a). A declaration in support is attached.

Respectfully submitted,

*[signature]*

Angeliina Lynn Lawson, Pro Se

Plaintiff and Next Friend of D.L., a Minor

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com  (913) 972-1661

## DECLARATION IN SUPPORT OF ENTRY OF DEFAULT

I, Angeliina Lynn Lawson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in the above-captioned case. I am the **natural mother and next friend of D.L., a minor child with disabilities**, and I am proceeding pro se on behalf of myself and my son. I serve as my son's ADA advocate, asserting our rights under the Americans with Disabilities Act.

2. On April 29, 2025, the U.S. Marshal Service confirmed delivery of the summons and complaint to the Kansas Attorney General's Office.

3. As of the date of this declaration, no attorney has entered an appearance on behalf of the Kansas Attorney General's Office, and no answer, motion, or other responsive pleading has been filed:

   - Kansas Attorney General's Office.

4. The U.S. Marshal's Office has reported that the USPS green return receipt cards are currently delayed and remain with the post office. However, the Marshal confirmed verbal delivery on April 29, 2025.

6. The Kansas Attorney General's Office is alleged to have summarily dismissed my formal KORA and ADA oversight complaint without investigation, despite documented evidence of rights violations. Their failure to respond to this lawsuit continues to obstruct justice and endangers my child's welfare and legal rights.

7. Default is necessary to preserve our right to be heard and to prevent further harm to my child's emotional and physical safety. I respectfully ask the Clerk to enter default so this case may proceed to a jury trial where these serious constitutional and ADA violations can be properly addressed.

Executed on June 03, 2025.

*[signature]*

Angeliina Lynn Lawson, Pro Se

Plaintiff and Next Friend of D.L., a Minor

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2025, I served a true and correct copy of the following documents:

- Request for Clerk's Entry of Default,

- Declaration in Support of Entry of Default,

by electronic filing with the Clerk of the Court using the CM/ECF system, which will send notice to the registered attorney of record listed below:

Marc Altenbernt

General Counsel Kansas Department for Children and Families

555 S. Kansas Avenue, 6th Floor, Topeka, KS 66603

Email: marc.altenbernt@ks.gov

No attorney of record has appeared for the Kansas Attorney General's Office as of the date of this filing. Therefore, notice will also be provided by mailing a copy of

the foregoing documents via U.S. Mail to the addresses listed in the court's docket used for service of summons.

Respectfully submitted,

Angeliina Lynn Lawson, Pro Se

Plaintiff and Next Friend of D.L., a Minor

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com, (913) 972-1661