UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANGELIINA LYNN LAWSON, ) | |
| Plaintiff, and as next friend of D.L., a minor ) | |
| ) | |
| v. ) | Case No. 2:25-cv-02171 |
| ) | |
| KANSAS DEPARTMENT FOR CHILDREN ) | |
| AND FAMILIES, et al., ) | |
| Defendants. ) | |

Jury Trial Demand

## MOTION FOR DEFAULT JUDGMENT AGAINST
## THE KANSAS ATTORNEY GENERAL'S OFFICE

THE KANSAS ATTORNEY GENERAL'S OFFICE

Plaintiff Angeliina Lynn Lawson, pro se and as next friend of her minor child, D.L., respectfully moves this Court for an entry of default judgment against Defendant Kansas Attorney General's Office pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff states:

1. The Kansas Attorney General's Office was served with the summons and complaint by the U.S. Marshal on April 29, 2025.

2. The Clerk entered default against the Kansas Attorney General's Office pursuant to Rule 55(a), based on the failure of that Defendant to plead or otherwise defend this action.

3. Plaintiff's complaint alleges that the Kansas Attorney General's Office failed in its statutory oversight obligations, including the summary dismissal of Plaintiff's formal KORA (Kansas Open Records Act) without investigation or response. This inaction enabled the concealment of child abuse records, disabled-parent exclusion, and retaliation by DCF officials, resulting in constitutional injury to Plaintiff and her son under the First and Fourteenth Amendments.

4. As documented in Exhibit A (Plaintiff's official KORA complaint filed February 23, 2025), Plaintiff requested public access to three abuse investigations involving her son. The complaint detailed specific failures by DCF to release case files, noting only one closed and one pending file were disclosed, despite confirmed existence of additional closed records.

5. As shown in Exhibit B (AG Office's March 12, 2025 dismissal letter), the Kansas Attorney General's Office acknowledged receipt of the complaint, found it was properly filed under KORA, but refused to take enforcement action. Despite Plaintiff's documented evidence, the AG closed the case without investigation or requiring DCF compliance.

6. Plaintiff seeks a declaratory judgment that the Kansas Attorney General's Office violated her rights under 42 U.S.C. § 1983 and the ADA by failing to investigate credible civil rights violations and complaints of systemic misconduct.

7. Plaintiff further requests compensatory damages for emotional distress, loss of procedural fairness, and injury to familial integrity caused by the Attorney General's refusal to take action on documented KORA violations.

8. Plaintiff also seeks injunctive relief requiring the Kansas Attorney General's Office to adopt proper oversight mechanisms to ensure compliance with the Kansas Open Records Act in child welfare and civil rights contexts.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and:

A. Declare that the Kansas Attorney General's Office violated Plaintiff's and her son's rights under the First and Fourteenth Amendments, 42 U.S.C. § 1983, and the Americans with Disabilities Act;

B. Award Plaintiff compensatory damages in the amount of $150,000 for emotional distress, reputational harm, and violation of her federal rights;

C. Order injunctive relief requiring the Kansas Attorney General's Office to implement adequate KORA enforcement procedures for parents and children in the child welfare system;

D. Grant any other relief the Court deems just and proper.

Dated: June 03, 2025

Respectfully submitted,

_____

Angeliina Lynn Lawson, Pro Se

Plaintiff and Next Friend of D.L., a Minor

1914 5th Ave, Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2025, I served a true and correct copy of the following documents:

- MOTION FOR DEFAULT JUDGMENT AGAINST THE KANSAS ATTORNEY GENERAL'S OFFICE

by electronic filing with the Clerk of the Court using the CM/ECF system, which will send notice to the registered attorney of record listed below:

Marc Altenbernt

General Counsel Kansas Department for Children and Families

555 S. Kansas Avenue, 6th Floor, Topeka, KS 66603

Email: marc.altenbernt@ks.gov

No attorney of record has appeared for the Kansas Attorney General's Office as of the date of this filing. Therefore, notice will also be provided by mailing a copy of the foregoing documents via U.S. Mail to the addresses listed in the court's docket used for service of summons.

Respectfully submitted,

Angeliina Lynn Lawson, Pro Se

Plaintiff and Next Friend of D.L., a Minor

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com, (913) 972-1661