# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ANGELINA LYNN LAWSON,        )
        )
Plaintiff, and as next friend of D.L., a minor        )
        )
vs.        )        Case No. 25-CV-2171
        )
KANSAS DEPARTMENT FOR CHILDREN,        )
AND FAMILIES, *et al.,*        )
        )
Defendants.        )
        )

## ENTRY OF APPEARANCE

Assistant Attorney General Bradley E. Avery hereby enters his appearance as counsel of record for Defendant Kansas Attorney General.

Respectfully submitted,

KRIS W. KOBACH
Attorney General

/s/ *Bradley E. Avery*
Bradley E. Avery, KS #13071
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 291-3767
Email: brad.avery@ag.ks.gov
*Attorney for Defendant*
*Kansas Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Angeliina Lynn Lawson
1914 5th Avenue
Leavenworth, Kansas 66048

*s/ Bradley E. Avery*
Bradley E. Avery, KS #13071
Assistant Attorney General