UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,
Plaintiff and Next Friend of D.L., a Minor,

v.

KANSAS DEPARTMENT FOR CHILDREN
AND FAMILIES, et al.,
Defendants.

Case No. 2:25-cv-02171-JWB-TJJ

Jury Trial Demand

## NOTICE REGARDING LATE APPEARANCE

Plaintiff Angeliina Lynn Lawson, appearing pro se and as next friend of her minor child D.L., respectfully submits this Notice Regarding Late Appearance by the Kansas Attorney General's Office.

1. On April 29, 2025, the U.S. Marshal served the Kansas Attorney General's Office with the summons and complaint in this matter, as previously documented in Plaintiff's filings.

2. Defendant Kansas Attorney General's Office failed to respond within the 21-day deadline prescribed by Fed. R. Civ. P. 12(a)(1)(A)(i).

3. On June 3, 2025, Plaintiff filed a Motion for Default Judgment against the Kansas Attorney General's Office under Rule 55(b), based on that failure to respond.

4. On June 6, 2025, the Kansas Attorney General's Office, through Assistant Attorney General Bradley E. Avery, filed an Entry of Appearance—38 days after service was completed and only after Plaintiff's default filings were submitted.

5. Plaintiff respectfully notifies the Court that this appearance occurred after the deadline to respond and after Plaintiff initiated default proceedings.

WHEREFORE, Plaintiff maintains that the Kansas Attorney General's Office is in default and respectfully requests that the Court proceed to consider the pending Motion for Default Judgment in full.

Dated: June 06, 2025

Respectfully submitted,

Angeliina Lynn Lawson, Pro Se

Plaintiff and Next Friend of D.L., a Minor

1914 5th Ave, Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2025, a true and correct copy of the foregoing: Notice Regarding Late Appearance was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice to the following counsel of record:

Bradley E. Avery

Assistant Attorney General

Memorial Building, 2nd Floor

120 SW 10th Avenue

Topeka, KS 66612

Email: brad.avery@ag.ks.gov


Marc Altenbernt

General Counsel, Kansas Department for Children and Families

555 S. Kansas Avenue, 6th Floor

Topeka, KS 66603

Email: marc.altenbernt@ks.gov

*[signature]*

Angeliina Lynn Lawson, Pro Se

Plaintiff and Next Friend of D.L., a Minor

1914 5th Ave, Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661