UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,

    Plaintiff,

v.

KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, KANSAS ATTORNEY GENERAL'S OFFICE, AMANDA MIRANDA, and HEATHER DUNZ, in their individual and official capacities,

    Defendants.

Case No. 25-cv-2171-JWB-TJJ

## **INITIAL ORDER SETTING SCHEDULING/STATUS CONFERENCE**

Fed. R. Civ. P. 1 mandates the "just, speedy, and inexpensive" determination of this action. With this goal in mind, U.S. Magistrate Judge Teresa J. James will conduct a Scheduling/Status Conference in accordance with Fed. R. Civ. P. 16 on **July 24, 2025 at 11:00 AM (central time)**. The conference will be held by telephone. All participants must dial **Conference Line Number 1-855-244-8681** and enter **Access Code 2311 284 1047** to join the conference.

The Court will *not* require the parties to hold a planning conference pursuant to Fed. R. Civ. P. 26(f), submit a proposed Scheduling Order, or exchange Fed. R. Civ P. 26(a)(1) initial disclosures at this time. **Instead, the parties should review the form scheduling order on the Court's website (*https://www.ksd.uscourts.gov/civil-forms*) and be prepared to suggest and discuss proposed case deadlines and settings during the Scheduling/Status Conference.** The Court will also discuss the following topics during the Scheduling/Status Conference: the nature and basis of the parties' claims and defenses; the possibilities of settling or resolving the case, including the use of mediation or other methods of alternative dispute resolution; making or at

least arranging for the initial disclosures required by Fed. R. Civ. P. 26(a)(1); any issues about preserving discoverable information; development of a proposed discovery plan; scheduling specific deadlines; and other scheduling or discovery-related issues raised by the parties.

If you have questions concerning the requirements of this order, please contact the chambers of the undersigned judge by e-mail at *ksd_james_chambers@ksd.uscourts.gov*.

IT IS SO ORDERED.

Dated June 25, 2025, at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge