FILED
U.S. District Court
District of Kansas

JUL 01 2025

Clerk, U.S. District Court
By_____ ☒ Deputy Clerk

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Angeliina Lynn Lawson | 2:25-cv-02171-JWB-TJJ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KANSAS DEPT CHILDREN AND FAMILIES | Civil Summons & Complaint |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KANSAS DEPT CHILDREN AND FAMILIES

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
120 SW 10TH AVE., 2ND FLOOR TOPEKA, KS 66612

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Angeliina Lynn Lawson<br>1914 5th Avenue<br>Leavenworth, KS 66048 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/N. Coop, Deputy Clerk for Angeliina Lynn Lawson | | 913-972-1661 | 4/16/2025 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6 OF 6 | No. 031 | No. 031 | | 4/18/25 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

✱ Certified mail card was never returned.

✱ Per tracking it states — "Item was delivered to the front desk, reception area, or mail room at 10:36 am on 4/29/25"

# USPS Tracking®

FAQs >

**Remove ✕**

Tracking Number:

## 70223330000169445476

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:36 am on April 29, 2025 in TOPEKA, KS 66612.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

TOPEKA, KS 66612
April 29, 2025, 10:36 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                      ⌄

Product Information                                                      ⌄

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers