## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,
Plaintiff and Next Friend of D.L., a Minor
v.
KANSAS DEPARTMENT FOR CHILDREN
AND FAMILIES, et al.,
Defendants.

Case No. 2:25-CV-02171-JWB-TJJ

JURY TRIAL DEMAND

### PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO ATTORNEY GENERAL'S MOTION TO DISMISS FOR LACK OF SERVICE

NOW COMES Plaintiff Angeliina Lynn Lawson, pro se and in forma pauperis ("IFP"), to respectfully oppose the Kansas Attorney General's Office Motion to Dismiss (Doc. 22) for lack of service. Plaintiff asserts that service was timely and lawfully executed by the U.S. Marshal pursuant to Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. § 1915(d), and that any defect in record certification is procedural, curable, and not a basis for dismissal.

### I. SERVICE WAS PROPERLY DELEGATED AND CONFIRMED

As an IFP litigant, Plaintiff was entitled to U.S. Marshal service under Rule 4(c)(3), which mandates that "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases."

Plaintiff timely submitted USM-285 forms and summons in April 2025 with the tracking number is **7022 3330 0001 6944 5513**. Verbal confirmation from the U.S. Marshal's Office affirmed that service to the Kansas Attorney General's Office was executed on April 29, 2025. The Marshal additionally confirmed that AG staff was personally contacted and aware of the delivery. If the Attorney General's Office now claims it has "no mailbox," that is not only implausible but contradicts standard practice for constitutional officers housed in a state government building.

### II. ANY DEFICIENCY IS PROCEDURAL AND CURABLE

Courts have consistently held that IFP plaintiffs cannot be penalized for postal lag or procedural gaps outside their control. See:

- *Rochon v. Dawson*, 828 F.2d 1107 (5th Cir. 1987): delays caused by the U.S. Marshal or postal service are not attributable to the plaintiff.
- *Moore v. Jackson*, 123 F.3d 1082 (8th Cir. 1997): a pro se IFP litigant should not suffer dismissal due to Marshal error or administrative delay.

Plaintiff respectfully requests leave to supplement the record with the certified green card once received or to permit the U.S. Marshal to certify service directly to the Court.

### III. THE AG'S OFFICE HAD ACTUAL NOTICE AND DELAYED

Despite receiving service on April 29, 2025, the AG's Office waited until June 6, 2025 to enter a Notice of Appearance—41 days later—and only after Plaintiff filed for default judgment. Such conduct reflects procedural ambivalence, not a legitimate jurisdictional dispute. Courts disfavor dismissal where the defendant has actual notice and suffers no prejudice. See *Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995).

### IV. DISMISSAL WOULD REWARD BAD FAITH AND GAMESMANSHIP

The AG's claim of improper service is not raised in good faith. It is reactive, coming only after Plaintiff pursued default relief. The assertion that a major government agency—staffed, funded, and equipped with full-time reception and internal mail distribution—was not reachable by certified mail or the U.S. Marshal is facially absurd.

This tactic appears designed to deflect from the substantive constitutional issues raised in the Complaint, including the AG's Office role in whitewashing KORA violations and suppressing abuse disclosures.

### V. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully asks this Court to:

1. DENY the Motion to Dismiss for Lack of Service (Doc. 22);
2. GRANT leave to supplement the record with a certified return receipt or Marshal affidavit;
3. AFFIRM that Plaintiff has met all obligations under Rule 4 and 28 U.S.C. § 1915;
4. RETAIN jurisdiction over the Attorney General's Office for prospective relief as outlined in the Complaint;
5. GRANT such further relief as the Court deems just and equitable.

Respectfully submitted,

Angeliina Lynn Lawson, Pro Se
Plaintiff and Next Friend of D.L., a Minor
1914 5th Ave
Leavenworth, KS 66048
Email: angeliinacourtrecords@gmail.com
Phone: (913) 972-1661

### CERTIFICATE OF SERVICE

I hereby certify this on this 30th day of June, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Bradley E. Avery

120 SW 10th Ave

Topeka, KS 66612

(785) 296-2215

Brad.Avery@ag.ks.gov

Angeliina Lynn Lawson, Pro Se
Plaintiff and Next Friend of D.L., a Minor
1914 5th Ave
Leavenworth, KS 66048
Email: angeliinacourtrecords@gmail.com
Phone: (913) 972-1661