IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,
Plaintiff and Next Friend of D.L., a Minor,

v.

KANSAS DEPARTMENT FOR CHILDREN
AND FAMILIES, et al.,
Defendants.

Case No. 2:25-cv-02171-JWB-TJJ

Jury Trial Demand

## NOTICE REGARDING SCHEDULING CONFERENCE AND PROCEEDINGS

COMES NOW the Plaintiff, Angeliina Lynn Lawson, appearing pro se and as next friend of D.L., a minor, and hereby submits this Notice to the Court:

1. Plaintiff respectfully acknowledges the Court's June 25, 2025 Order (Doc. 20) setting a Scheduling/Status Conference pursuant to Fed. R. Civ. P. 16, scheduled for July 24, 2025 at 11:00 AM CT.
2. Plaintiff affirms her full support for the Court's determination to proceed with pretrial scheduling and discovery planning under the Federal Rules of Civil Procedure.
3. Plaintiff agrees that the Rule 16 conference and case management process are appropriate at this time and will assist in the just, speedy, and inexpensive resolution of this action, in accordance with Rule 1.
4. Plaintiff believes further briefing is unnecessary at this time unless otherwise ordered by the Court and defers to the Court's judgment in managing the progress of this case.

WHEREFORE, Plaintiff respectfully submits this Notice in support of the Court's Scheduling Order and looks forward to participating in the Rule 16 Conference on July 24, 2025.

Respectfully submitted,                     Dated: July 3, 2025

Angeliina Lynn Lawson
1914 5th Avenue
Leavenworth, KS 66048
AngeliinaLawson@gmail.com
(913) 972-1661
Pro Se Plaintiff and Next Friend of D.L., a minor

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2025, a true and correct copy of the foregoing: **NOTICE REGARDING SCHEDULING CONFERENCE AND PROCEEDINGS** was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice to the following counsel of record and count as service to the following:

Bradley E. Avery

Assistant Attorney General

Memorial Building, 2nd Floor

120 SW 10th Avenue, Topeka, KS 66612

Email: brad.avery@ag.ks.gov

Marc Altenbernt

General Counsel, Kansas Department for Children and Families

555 S. Kansas Avenue, 6th Floor, Topeka, KS 66603

Email: marc.altenbernt@ks.gov

*/s/ Angeliina Lynn Lawson*

Angeliina Lynn Lawson, Pro Se

Plaintiff and Next Friend of D.L., a Minor

1914 5th Ave, Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661