# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,

Plaintiff and Next Friend of D.L., a Minor,

v.

KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, et al.,

Defendants.

Case No. 2:25-cv-02171-JWB-TJJ

JURY TRIAL DEMANDED

## SUPPLEMENTAL DECLARATION IN SUPPORT OF STANDING, RULE 37 PRESERVATION, AND NOTICE OF INTENT TO SEEK INJUNCTIVE RELIEF

I, Angeliina Lynn Lawson, appearing pro se and on behalf of my minor son D.L., submit this declaration to:
(1) preserve standing, (2) provide notice of spoliation under Rule 37(e), (3) identify specific materials being withheld,
(4) reaffirm ADA and constitutional claims under Ex parte Young, and (5) notify the Court of intent to seek preliminary injunctive relief.

1. I affirm that on April 3, 2025, I issued a litigation hold notice to over 20 Kansas judicial officials and government agencies.
2. Following this notice, multiple forms of evidence were concealed, including a sealed March 4, 2025 affidavit, blocked transcript requests, denial of Zoom access on May 8, 2025, and refusal to provide records by GAL Andrew Bolton, before formal appointment who engaged in fraudulent activity with DCF.
3. These constitute spoliation and fraud upon the court as detailed in my Notice filed July 11, 2025, and must be preserved for Rule 60(b)(3) relief.
4. The Kansas AG's motion to dismiss for lack of standing is contradicted by my Exhibits D–E, showing the AG's active role in denying KORA enforcement, which directly injured my ability to protect my disabled child.

5. I request leave to file a motion for preliminary injunction under Rule 65 to compel production of unredacted abuse records, stop further retaliation, and restore access to accommodations.

6. I reaffirm that I seek only prospective relief against state officials under Ex parte Young and request injunctive relief against ongoing constitutional violations.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: July 16, 2025

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson
1914 5th Ave., Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
(913) 972-1661
Pro Se Plaintiff and Next Friend of D.L., a Minor

## CERTIFICATE OF SERVICE

I hereby certify that on this July 16, 2025, I filed the foregoing Supplemental Declaration with the Clerk of the Court using the CM/ECF system, which will send electronic notice to:

Bradley E. Avery
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, KS 66612
Email: brad.avery@ag.ks.gov

Marc Altenbernt
General Counsel, Kansas Department for Children and Families
555 S. Kansas Avenue, 6th Floor
Topeka, KS 66603
Email: marc.altenbernt@ks.gov

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson
Pro Se Plaintiff and Next Friend of D.L., a Minor