UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,

Plaintiff and next friend of D.L., a minor,

   v.                                                              Case No. 2:25-CV-02171-JWB-TJJ

KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, et al.,

Defendants.

                                                                                JURY TRIAL DEMANDED

## SECOND NOTICE REGARDING DEFENDANTS' NONCOMPLIANCE WITH LAWFUL SUBPOENAS AND PATTERN OF DISCOVERY OBSTRUCTION

COMES NOW the Plaintiff, Angeliina Lynn Lawson, pro se and as next friend of D.L., a minor, and respectfully submits this second notice of subpoena noncompliance to document a clear and ongoing pattern of defiance by the Kansas Department for Children and Families (KDCF). Defendants have now ignored two separate subpoenas issued in two different state cases, both seeking records critical to Plaintiff's federal claims under 42 U.S.C. § 1983 and the ADA.

This notice supplements Plaintiff's prior filing (Doc. 27), which documented KDCF's failure to respond to an April 4, 2025 subpoena in Case No. LV-2025-CV-000070. Plaintiff now reports that a second subpoena, issued on April 22, 2025 in Case No. JO-2025-CV-000623, was also completely ignored. This escalating pattern shows not mere delay, but a willful strategy of concealment, evidence spoilage, and obstruction.

I. FIRST INSTANCE OF NONCOMPLIANCE (Already Filed at Dkt. 27)

1. On April 4, 2025, Plaintiff served a K.S.A. 60-245 subpoena on KDCF in the Leavenworth County case LV-2025-CV-000070, requesting case records, therapy documents, ADA communications, and abuse disclosures related to her minor son.
2. The subpoena was served via certified mail with return receipt (see Dkt. 27, pp. 4–7) and required compliance within 21 days.
3. KDCF failed to respond, object, or move to quash, in violation of Fed. R. Civ. P. 45(e).

II. SECOND INSTANCE OF NONCOMPLIANCE (New Incident)

4. (Exhibit A) On April 22, 2025, Plaintiff issued a second subpoena pursuant to K.S.A. 60-245a in Johnson County Case JO-2025-CV-000623, served on the Kansas Department for Children and Families, seeking:

- All case notes and internal communications regarding Plaintiff's family (from July 2024–present);
- All correspondence with Andrea Dunseth, GAL Andrew Bolton, or Jonathan Lawson;
- All records referencing ADA accommodations or child safety concerns

5. The subpoena required a response within 14 days of service. Over 85 days have passed with no response, objection, or motion to quash.
6. This failure mirrors the prior incident: total silence, no attempt to comply or engage, and no legal justification offered.

### III. PATTERN ESTABLISHED: SYSTEMIC OBSTRUCTION AND CONCEALMENT

7. These two subpoenas—issued in different jurisdictions, under separate legal processes, and served via certified mail—were both ignored.
8. The duplicative defiance cannot be explained by negligence. It reflects an institutional strategy to:
   - Suppress records material to ongoing abuse investigations and federal claims;
   - Retaliate against Plaintiff's protected activity (ADA/KORA requests, § 1983 claims);
   - Undermine federal discovery and due process protections.
9. These failures support a finding of:
   - Contempt under Rule 45(e);
   - Spoilation of evidence Rule 37;
   - Retaliation and civil rights obstruction;
   - And predicate acts under a RICO pattern of enterprise activity.

WHEREFORE, Plaintiff respectfully requests:

- That this Court take judicial notice of this continuing pattern of subpoena noncompliance;
- That this notice be included as factual support in pending and future motions for sanctions, injunctive relief, and RICO-related findings;
- That Defendants be ordered to produce all documents previously requested or show cause why contempt sanctions should not issue under Fed. R. Civ. P. 45(e);
- And for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson , Pro Se Plaintiff and Next Friend of D.L.

1914 5th Ave

Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice to the following counsel of record and count as service to the following:

Bradley E. Avery

Assistant Attorney General

Memorial Building, 2nd Floor

120 SW 10th Avenue, Topeka, KS 66612

Email: brad.avery@ag.ks.gov

Marc Altenbernt

General Counsel, Kansas Department for Children and Families

555 S. Kansas Avenue, 6th Floor, Topeka, KS 66603

Email: marc.altenbernt@ks.gov

_/s/ Angeliina Lawson_

Angeliina Lynn Lawson, Pro Se

Plaintiff and Next Friend of D.L., a Minor

1914 5th Ave, Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661