Exhibit A

## IN THE TENTH JUDICIAL DISTRICT
## DISTRICT COURT OF JOHNSON COUNTY, KANSAS

ANGELIINA LYNN LAWSON )
    *Plaintiff* )
    v. )     Case No. JO-2025-CV-000623
ANDREA LEE DUNSETH, )
in her official and individual capacity )
    *Defendant* )

### K.S.A. 60-245a: SUBPOENA OF NONPARTY BUSINESS RECORDS

To:

_____Kansas Department for Children and Families_____
*(Name of person to whom this subpoena is directed)*

(1) You are commanded to produce the business records listed below, or a copy of them, by delivering them by mail or otherwise to __Angeliina Lawson__, at __1914 5th Ave., Leavenworth, KS 66048__ (within 14 days after service of this subpoena). Failure to comply with this subpoena may be deemed a contempt of the court.

(2) Records to be produced: July 2024 – Present

All case notes and internal communications regarding Plaintiff's family_____

All correspondence with Andrea Dunseth, GAL Andrew Bolton, or Jonathan Lawson

All reports mentioning ADA accommodations or child safety concerns_____

(3) You may object to the production of any or all of the records listed above by serving a written objection on __Angeliina Lawson__, at __1914 5th Ave., Leavenworth, KS 66048__ (within 14 days after service of this subpoena). If you serve an objection, the records need not be produced except on order of the court.

(4) The records described in this subpoena must be accompanied by a completed copy of the attached declaration or an affidavit of a custodian of the records. You also must file the declaration or an affidavit with the court.

**FAX FILED** 4/22

Rev. 07/2019 KSJC      1

(5) If the business has none of the records described in this subpoena, or only part of the records, the custodian may state that in the declaration or affidavit, and the custodian must send the records in the custodian's possession and must identify in the declaration or affidavit the requested records not in the custodian's possession. When more than one person has knowledge of the facts required to be stated in the declaration or affidavit, more than one declaration or affidavit may be made.

(6) You may demand from the party causing this subpoena to be issued the reasonable costs of copying the records. If you demand the costs, you need not produce the records until the costs are advanced.

(7) The records will not be returned unless you request the return in writing.

_____
Clerk of the District Court

Dated April 22, 2025.

## CERTIFICATE OF SERVICE

I certify that a copy of the above Subpoena was served on Kansas Department for Children and Families on the 22 day of April, 2025, as follows by US Mail certified mail with return receipt.

Angeliina Lawson
1914 5th Ave., Leavenworth, KS 66048
(913) 972-1661
AngeliinaCourtRecords@gmail.com