UNITED STATES DISTRICT COURT
for the District of Kansas

Angeliina Lynn Lawson,

        Plaintiff,

v.        Case No.: 2:25-CV-02171-JMB-TJJ

Kansas Department for
Children and Families, et al.,

        Defendants.

**RESPONSE TO PLAINTIFF'S SECOND NOTICE
REGARDING DEFENDANTS' NONCOMPLIANCE WITH
LAWFUL SUBPOENAS AND PATTERN OF DISCOVERY OBSTRUCTION**

COMES NOW the Defendant, the Kansas Department for Children and Families ("KDCF"), by and through its attorney Marc Altenbernt, and for its Response to Plaintiff's Second Notice Regarding Defendants' Noncompliance with Lawful Subpoenas and Pattern of Discovery Obstruction, hereby states as follows:

1. The Plaintiff's "Second Notice" asks this Court to take judicial notice of KCDF's alleged "noncompliance" with subpoenas allegedly issued in two unrelated cases. The first, LV-2025-CV-000070, appears to be a dissolution or custody case involving Jonathan David Lawson in Leavenworth County. The second, JO-2025-CV-000623, appears to be a lawsuit filed by the instant Plaintiff against Andrea Lee Dunseth Court Records in Johnson County.

2. The Plaintiff alleges that she has had subpoenas issued to KDCF in both cases, and that she is not satisfied with the responses. Basic civil procedure dictates that she address discovery issues in the court where such issues originated. There is nothing in Plaintiff's "Second Notice" to suggest she properly served KDCF with the subpoenas, that she attempted to contact KDCF to check on the status of the responses, or whether she filed anything in the respective courts

to address the subpoenas. Instead, she files two separate "Notices' in this Court, in a misguided attempt to bolster her instant claims.

3. The Plaintiff's "Notices" are improper, as they specifically ask this Court to enforce subpoenas from two different state courts [Second Notice, Page 2, "Wherefore" clause]. Based upon the foregoing, this Court should strike the Plaintiff's "Notices" filed with respect to discovery allegedly issued in other cases and disregard them in their entirety.

WHEREFORE, the Defendant, the Kansas Department for Children and Families, respectfully requests that this Court strike the Plaintiff's "Second Notice," and any other "Notices" filed by the Plaintiff asking that it make findings and issue orders regarding discovery issued in other courts, and for any other relief it deems just.

Respectfully Submitted,

*/s/ Marc Altenbernt*
Marc Altenbernt, SC#28745 General Counsel
Kansas Department for Children and Families
555 S. Kansas Ave., 6th Floor
Topeka, KS 66603
Tel:    (785) 250-0380
Fax:    (785) 296-4960
Marc.Altenbernt@ks.gov
*Attorney for Defendants, DCF*

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which sent electronic notification of such filing to all those individuals currently electronically registered with the Court on the 18th day of July 2025, and to Plaintiff, via email:

AngliinaCourtRecords@gmail.com

*/s/ Marc Altenbernt*
Marc Altenbernt, #28745