IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,
Plaintiff and Next Friend of D.L., a Minor,

v.

KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, et al.,
Defendants.

Case No. 2:25-cv-02171-JWB-TJJ

Jury Trial Demand

OBJECTION TO MAGISTRATE JUDGE'S ORDER STAYING CASE AND REQUESTING DISTRICT COURT REVIEW UNDER FED. R. CIV. P. 72(a)

Plaintiff Angeliina Lynn Lawson respectfully objects under Rule 72(a) to the August 6, 2025 Order (Doc. 40) staying all pretrial proceedings. This Order is clearly erroneous and contrary to law, as it improperly delays resolution of Plaintiff's timely and procedurally valid Motion for Default Judgment against the Kansas Attorney General's Office (Docs. 12, 13, 34), despite conclusive proof of executed service and the Attorney General's waiver of all Rule 12(b) defenses by failing to timely appear.

EVIDENCE OF EXECUTED SERVICE

On April 29, 2025, the U.S. Marshals Service completed service on the Kansas Attorney General's Office at 120 SW 10th Ave., Topeka, KS 66612. The official USM-285 Process Receipt and Return (Doc. 38) confirms:

- Process was received on April 18, 2025, and mailed via certified mail on April 21, 2025.
- Delivered on April 29, 2025 at 10:36 AM to the front desk, reception area, or mail room of the AG's Office.
- USPS Tracking No. 70223330000169445513 independently confirms this delivery.

This executed return satisfies Fed. R. Civ. P. 4(j)(2) and K.S.A. 60-304(d)(5), fully curing the deficiency identified in the Court's June 10, 2025 denial of default (Doc. 18).

GROUNDS FOR OBJECTION

I. MANDATORY DEFAULT UNDER RULE 55(a)

Fed. R. Civ. P. 55(a) provides: *"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, the clerk must enter the party's default."*

The Kansas Attorney General's Office:

- Was served April 29, 2025;
- Had a deadline to answer by May 20, 2025;
- Failed to appear until June 6, 2025—17 days late;
- Never sought leave for a late filing.
- Began litigating merits – volunteering service

Under *United States v. $30,354.00 in U.S. Currency*, 863 F.3d 1085, 1091 (10th Cir. 2017), the Clerk's duty to enter default is mandatory once non-response is shown.

II. WAIVER OF SERVICE OBJECTIONS UNDER RULE 12(h)(1)

The AG's Motion to Dismiss (Doc. 17) was filed after default was sought. It addressed merits-based defenses before raising service. This violates Fed. R. Civ. P. 12(h)(1) and waives all objections to service.

As the Tenth Circuit held in *Pell v. Azar Nut Co.*, 711 F.2d 949 (10th Cir. 1983), a party that appears and litigates the merits waives any defect in service. Here, the AG's Office attempted to nullify its own default by retroactively raising objections it had already forfeited.

III. DEFAULT JUDGMENT IS APPROPRIATE

In *Ortiz-Gonzalez v. Fonovisa*, 277 F.3d 59 (1st Cir. 2002), the court affirmed default judgment against a party who failed to timely answer and did not request leave to file late. The same applies here: the AG's conduct meets the criteria for default judgment under Rule 55(b).

IV. FRAUD ON THE COURT – RULE 60(d)(3)

The AG's Office falsely claimed it was never served—despite sworn U.S. Marshal documentation confirming delivery. These deliberate misrepresentations:

- Obstructed Plaintiff's valid default motion;
- Delayed adjudication;
- Impaired judicial integrity.

This conduct meets the threshold for fraud on the court under Fed. R. Civ. P. 60(d)(3) and warrants sanctions under Rule 11 and Chambers v. NASCO, Inc., 501 U.S. 32, 46 (1991).

V. ADA RETALIATION AND DUE PROCESS VIOLATIONS

As a pro se plaintiff with a communication disability pursuing relief under Title II of the ADA, Plaintiff is entitled to access and accommodation. The magistrate's stay—triggered by a post-default filing—allows a state actor to delay redress in violation of:

- 14th Amendment Due Process;
- 42 U.S.C. § 12132 (ADA Title II);
- Equal access rights recognized in *Tennessee v. Lane*, 541 U.S. 509 (2004).

This stay disproportionately harms Plaintiff and risks further spoliation of evidence.

VI. IMPROPER PRIORITIZATION OF DEFENSE MOTIONS OVER JURY RIGHTS

Plaintiff has demanded a jury trial on civil rights claims. The stay prioritizes dismissal motions (Doc. 17) over enforcement of procedural defaults. This interferes with Plaintiff's Seventh Amendment rights and undermines Rule 1's mandate for just and speedy resolution.

REQUEST FOR RELIEF

Plaintiff respectfully requests that the District Court:

1. VACATE or MODIFY the August 6, 2025 stay order (Doc. 40) under Fed. R. Civ. P. 72(a);
2. DIRECT the Clerk to enter default against the Kansas Attorney General's Office pursuant to Fed. R. Civ. P. 55(a);
3. STRIKE the AG's Motion to Dismiss (Doc. 17) as waived and untimely under Rule 12(h)(1);
4. GRANT Plaintiff's Renewed Motion for Default Judgment (Doc. 34);
5. INVOKE the Court's authority under Rule 11 and Rule 60(d)(3) to issue sanctions or referral for misrepresentations by the AG's Office;
6. REINSTATE scheduling toward a jury trial on surviving claims consistent with Rule 1 and the Seventh Amendment;
7. GRANT any other relief the Court deems just and proper.

Respectfully submitted,                                                                 Dated: August 6, 2025

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson, Pro Se
1914 5th Ave., Leavenworth, KS 66048

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2025, I electronically filed the foregoing: OBJECTION TO MAGISTRATE JUDGE'S ORDER STAYING CASE AND REQUESTING DISTRICT COURT REVIEW UNDER FED. R. CIV. P. 72(a) with the Clerk of the Court using the CM/ECF system, which will automatically send notice of this filing to all registered counsel of record, including:

- Bradley E. Avery
  Assistant Attorney General
  Memorial Building, 2nd Floor
  120 SW 10th Avenue., Topeka, KS 66612
  Email: brad.avery@ag.ks.gov
- Marc Altenbernt
  General Counsel, Kansas DCF
  555 S. Kansas Avenue, 6th Floor., Topeka, KS 66603
  Email: marc.altenbernt@ks.gov

Respectfully submitted,                                    Dated: August 6, 2025
/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson, Pro Se
1914 5th Avenue
Leavenworth, KS 66048
angeliinacourtrecords@gmail.com
(913) 972-1661