UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,
Plaintiff and Next Friend of D.L., a Minor,
v.
KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, et al.,
Defendants.

Case No. 2:25-cv-02171-JWB-TJJ
JURY TRIAL DEMANDED

REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST KANSAS ATTORNEY GENERAL'S OFFICE

(Pursuant to Fed. R. Civ. P. 55(a))

Plaintiff Angeliina Lynn Lawson, pro se and on behalf of her minor child D.L., respectfully requests that the Clerk enter default against Defendant Kansas Attorney General's Office, pursuant to Federal Rule of Civil Procedure 55(a), and states the following:

1. On April 29, 2025, the Kansas Attorney General's Office was properly served with the summons and complaint by the United States Marshals Service via certified mail at 120 SW 10th Avenue, Topeka, Kansas 66612.
    - Proof of service is reflected in the executed USM-285 Process Receipt and Return, which shows delivery at 10:36 AM on April 29, 2025.
    - USPS Tracking Number: 7022 3330 0001 6944 5513 confirms delivery.
2. Under Fed. R. Civ. P. 12(a)(1)(A)(i), the Attorney General's Office was required to respond within 21 days—by May 20, 2025.
3. As of that date, the Kansas Attorney General's Office had not filed an answer or motion, nor had it sought any extension or leave to respond out of time.
4. The AG's Office did not appear until June 6, 2025, 17 days past the deadline, and only after Plaintiff filed a Request for Clerk's Entry of Default (Doc. 12) and a Motion for Default Judgment (Doc. 13).
5. Therefore, the Kansas Attorney General's Office has "failed to plead or otherwise defend" as required, and entry of default by the Clerk is mandatory under Fed. R. Civ. P. 55(a).

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Kansas Attorney General's Office pursuant to Fed. R. Civ. P. 55(a), and that such entry be recorded on the docket to permit further proceedings under Rule 55(b).

Respectfully submitted,                                                                 Dated: August 6, 2025

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson, Pro Se
1914 5th Ave.
Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
(913) 972-1661

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2025, I filed the foregoing Request for Clerk's Entry of Default with the Clerk of the Court using the CM/ECF electronic filing system, which will send notice to:

- Bradley E. Avery, Assistant Attorney General
  Memorial Building, 2nd Floor
  120 SW 10th Avenue, Topeka, KS 66612
  Email: brad.avery@ag.ks.gov
- Marc Altenbernt, General Counsel, Kansas DCF
  555 S. Kansas Avenue, 6th Floor, Topeka, KS 66603
  Email: marc.altenbernt@ks.gov

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson, Pro Se
1914 5th Ave.
Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
(913) 972-1661