UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,

Plaintiff and Next Friend of D.L., a Minor,

v.

KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, et al.,

Defendants.

Case No. 2:25-cv-02171

JURY TRIAL DEMANDED

NOTICE OF JUDICIAL INACTION AND PROCEDURAL DELAY IN VIOLATION OF RULE 1, DUE PROCESS, AND PLAINTIFF'S ADA ACCESS RIGHTS

Plaintiff Angeliina Lynn Lawson, appearing pro se and as next friend of her minor child D.L., submits this Notice to preserve the record regarding judicial inaction and material procedural delay in violation of her rights under the Federal Rules of Civil Procedure, the Seventh and Fourteenth Amendments, and the Americans with Disabilities Act (ADA), Title II.

I. SUMMARY OF UNADDRESSED FILINGS

As of September 4, 2025, the following filings by Plaintiff remain pending without court action or acknowledgment, despite their procedural urgency:

| Dkt. No. | Filing | Filed | Status |
|---|---|---|---|
| 34 | Renewed Motion for Default Judgment against the Kansas Attorney General's Office | July 23, 2025 | No ruling or hearing set |
| 41 | Objection under Rule 72(a) to Magistrate Judge's Stay Order (Doc. 40) | August 6, 2025 | No District Judge review |
| 42 | Application for Clerk's Entry of Default against AG | August 6, 2025 | No action taken by Clerk |
| 43 | Notice of Jury Trial Protection and Scheduling Demand | August 6, 2025 | No response or scheduling |

## II. DELAY PREJUDICES PLAINTIFF'S RIGHTS

This continued inaction has caused the following procedural and constitutional harms:

- Obstruction of Plaintiff's Rule 55 rights to default adjudication;
- Denial of timely review of Plaintiff's Rule 72(a) objection, which challenges prejudgment and procedural irregularity by the magistrate;
- Ongoing denial of Plaintiff's Rule 38(b) and Seventh Amendment right to a jury trial;
- Suppression of discovery, subpoenas, and abuse-related evidence under Rule 37, despite multiple notices of noncompliance (Docs. 27, 31, 33);
- Chilling of Plaintiff's ADA claims and ability to prosecute this matter while disabled and unrepresented, in violation of Title II of the ADA and Tennessee v. Lane, 541 U.S. 509 (2004).

## III. REQUEST FOR COURT ACTION AND RECORD PRESERVATION

Plaintiff respectfully notifies the Court that:

1. The delay in ruling on the above filings constitutes a constructive denial of access to the court and impairs Plaintiff's ability to proceed under law;
2. The Clerk of Court has failed to act on a valid Rule 55(a) application (Doc. 42), despite executed service confirmed by the U.S. Marshals Service (Doc. 38) and a 17-day untimely response by the Kansas Attorney General (Doc. 14);
3. Plaintiff objects to the use of the stay order (Doc. 40) as a mechanism to withhold rulings on default, jury trial rights, or the Rule 72(a) objection.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. Acknowledge this filing as notice of procedural delay under Rule 1, Rule 55, Rule 72, and Rule 38(b);
2. Immediately act on the following:
    - Entry of default by the Clerk against the Kansas Attorney General's Office (Doc. 42),
    - Ruling on Plaintiff's Renewed Motion for Default Judgment (Doc. 34),
    - Ruling on Plaintiff's Rule 72(a) Objection (Doc. 41),
    - Scheduling response to Plaintiff's Jury Trial Notice (Doc. 43);

3. Preserve this notice for purposes of appellate review, Rule 60(b)(6) extraordinary relief, and any future findings related to ADA retaliation or civil RICO predicate acts involving judicial obstruction.

Respectfully submitted,    Dated: September 4, 2025

/s/ Angeliina Lynn Lawson

Pro Se

(Address on record)

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2025, I filed the foregoing Notice of Judicial Inaction and Procedural Delay with the Clerk of the Court using the CM/ECF system, which will send notice to:

- Bradley E. Avery, Assistant Attorney General

  Email: brad.avery@ag.ks.gov

- Marc Altenbernt, General Counsel, Kansas DCF

  Email: marc.altenbernt@ks.gov

/s/ Angeliina Lynn Lawson

Pro Se