IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANGELINA LYNN LAWSON,<br>And as next friend of D.L., a minor<br><br>Plaintiff,<br><br>v.<br><br>KANSAS DEPARTMENT FOR CHILDREN<br>AND FAMILIES, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 25-CV-2171-JWB-TJ<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT KANSAS ATTORNEY GENERAL'S OFFICE MOTION TO DISMISS COMPLAINT

COMES NOW Defendant Kansas Attorney General's Office (hereinafter, "Defendant" or "OAG"), by and through Assistant Attorney General James Eric Todd, respectfully moves this Court to dismiss with prejudice Plaintiff Angelina Lynn Lawson's (hereinafter, "Plaintiff" or "Lawson") Amended Complaint.

The Complaint should be dismissed due to lack of standing to prosecute the case. The Complaint is brought the case in part as next of friend of the minor D.L. and is proceeding pro se. However, a minor cannot be represented pro se by a parent that doesn't have an attorney. Therefore, the Plaintiff lacks the authority to prosecute the case and the case should be dismissed with prejudice under Fed. R. Civ. Pro. 12(b)(6).

The Complain should be dismissed with prejudice under Fed. R. Civ. Pro. 12(b)(1) for lack of subject matter jurisdiction because the claims are barred by Eleventh Amendment sovereign immunity.

Additionally, the Defendant requests the Complaint be dismissed with prejudice under K.S.A. 60-212(b)(6) for failure to state a claim upon which relief can be granted because the Complaints conclusory allegations fail to state a claim against the Defendant.

The Amended Complaint includes two motion mislabeled as independent claims for relief. Defendant prays the court deny the requests that the Court find there has been fraud on the court and/or spoliation of evidence.

In support thereof, Defendant offers its Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Amended Complaint, filed contemporaneously with this Motion, and incorporates the arguments and authorities contained within by reference.

WHEREFORE, Defendant Kansas Attorney General's Office prays that this Court enter an Order Dismissing the Amended Complaint for lack of standing to prosecute by non-attorney under FRCP 12(b)(6); for lack of subject matter jurisdiction under FRCP 12(b)(1) because the claims are barred against the Defendant by Eleventh Amendment sovereign immunity; for failure to state a claim under FRCP 12(b)(6); deny the request for a finding of fraud on the court and spoliation of evidence, and for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ James Eric Todd*
James Eric Todd, KS No. 24297
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
james.todd@ag.ks.gov
Scott.Nading@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Marc Altenbernt
*Attorney for Defendants*
*Kansas Department of Children and Families,*
*Amanda Miranda, and Heather Dunz*

I hereby certify that on this 12th day of November, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, on the 13th day of November, 2025 addressed to:

Angeliina Lynn Lawson
1914 5th Avenue
Leavenworth, Kansas 66048
*Pro Se*

*/s/ James Eric Todd*
James Eric Todd