UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,

Plaintiff, and as next friend of D.L., a minor,

v.

KANSAS DEPARTMENT FOR CHILDREN AND FAMILIES, et al.,

Defendants.

Case No. 2:25-cv-02171

Jury Trial Demanded

Fraud Upon the Court

Judicial Disqualification

Rule 27

PLAINTIFF'S NOTICE AND CERTIFICATION FOR FRAUD-BASED FEDERAL CLAIMS

I. PURPOSE OF THIS NOTICE

This filing certifies that Plaintiff's Rule 60(d)(3) Motion for Relief From Fraud Upon the Court (Dkt. 28) remains unadjudicated, despite detailed supporting evidence already on record. The systemic concealment, destruction of public records, procedural obstruction, and misuse of federal child-welfare funds meets the threshold for fraud on the court under *Chambers v. NASCO*, 501 U.S. 32 (1991) and *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944).

1

## II. NOTICE OF CONSTITUTIONAL PARALYSIS

The Court's refusal to rule on:

- the fraud notice (Dkt. 28),
- Plaintiff's motions for default under Rule 55,
- Rule 60(d)(3) motion for vacatur, and
- repeated Rule 37 litigation hold filings,

constitutes structural denial of:

- Plaintiff's First and Fifth Amendment rights,
- ADA Title II and § 12203 protections,
- Seventh Amendment jury trial access, and
- the constitutional guarantee of impartial judicial process.

By ignoring documented evidence of:

- falsified DCF findings,
- suppressed KORA disclosures,
- potentially forged GAL correspondence,
- unauthorized practice by AG post-default,
- disqualified judicial rulings, and
- intentional obstruction of ADA advocacy of next-friend standing,

this Court has created a jurisdictional paralysis that undermines its own legitimacy and bars further dispositive rulings under fraud doctrine.

III. NOTICE OF FEDERAL CLAIMS INTENTION

Plaintiff certifies her intent to initiate action in the U.S. Court of Federal Claims under:

- The Tucker Act, 28 U.S.C. § 1491,

    for takings violations and misappropriation of federal child-welfare funds (Title IV-E);

- ADA Title II, including § 12203 retaliation;
- Civil RICO, 18 U.S.C. § 1961 et seq.,

    for enterprise coordination to suppress evidence and perpetuate record falsification;

- Spoliation, under Rule 37, and preservation violations under 18 U.S.C. §§ 2071, 1512.

Plaintiff has issued multiple Rule 37 litigation hold notices and subpoenas in other cases which DCF Defendant have refused to honor and AG defendant continues to pile on repeated motions to frustrate the docket and create chaos while their standing is moot. While Rule 27 petitions are in production, Plaintiff reserves the right to document further obstruction or continued denial of jurisdictional findings.

IV. RELIEF REQUESTED

Plaintiff respectfully moves this Court to:

1. Certify that unresolved judicial fraud (Dkt. 28) exists and remains pending under Rule 60(d)(3);
2. Declare that Plaintiff's right to file related fraud-based claims in the U.S. Court of Federal Claims is preserved;

3. Vacate all dispositive orders issued after notice of fraud upon the court, judicial disqualification and AG default;

4. Transmit this notice to the Chief Judge, Judicial Council, or Office of Inspector General (OIG) for independent review;

5. Set a hearing on the unresolved Rule 60(d)(3) motion to certify any fraudulent documents, and set the matter to a neutral judge outside this division.

V. CONCLUSION

Fraud upon the court has already contaminated this docket. The Court's continued refusal to acknowledge or address it while allowing post-default actors to shape dispositive outcomes violates bedrock judicial ethics and federal civil rights guarantees. This Notice locks the record and affirms Plaintiff's intention to escalate to the U.S. Court of Federal Claims, where federal program fraud and systemic due process violations are adjudicated independently.

Respectfully submitted,                                              Dated: November 14, 2025

/s/ Angeliina Lawson

Pro Se, ADA-Protected Litigant

Plaintiff, and as next friend of D.L., a minor,

1914 5th Ave., Leavenworth KS 66048

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court, which will send notice of electronic filing to all counsel of record registered to receive service via CM/ECF.
/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson

Plaintiff, pro se, and next friend of D.L., a minor