# POWER OF ATTORNEY FOR PARENTAL SAFETY, ADA DISABIITY ADVOCACY, AND TEMPORARY GUARDIANSHIP AUTHORIZATION

By: Angeliina Lynn Lawson
Child: D.L.

## Section 1: Parental Safety and ADA Disability Advocacy Authorization

I, Angeliina Lynn Lawson, residing at [Address], am the biological and legal mother of D.L.

This Power of Attorney is executed pursuant to my parental rights and legal standing under applicable federal and state laws, including HIPAA, FERPA, ADA Title II (42 U.S.C. § 12132), and the Kansas Protection from Abuse Act (K.S.A. 60-3101 et seq.).

Scope of Authorization:

I formally designate myself as the lead ADA advocate, emergency contact, and legal representative for all matters involving D.L.:

- Medical and psychiatric treatment;
- Counseling, therapy, trauma care;
- Educational access, FERPA records, and IEP/504 accommodations;
- Emergency care, safety alerts, mandated reporting;
- Coordination with law enforcement, prosecutors, or mandated reporters.

## Section 2: Coercive Control and Domestic Violence Risk Alerts

Define *coercive control* in this document incorporates recognition of the following as risk factors for psychological abuse and domestic violence patterns (see K.S.A. 60-3102):

I authorize and direct all providers, school staff, therapists, law enforcement, court official and medical personnel as mandated reporters to report if you suspect child abuse and to recognize the following as indicators of coercive abuse, parental alienation, and psychological harm:

- Monitoring, intercepting, or erasing my communication with the child;
- Removing my contact details from school, medical, or emergency portals;
- Using fabricated legal documents to block my parental access;
- Isolating the child from maternal family support;
- Using the child to manipulate litigation outcomes;
- Making false reports to medical staff regarding custody or legal rights;
- Encouraging the child to recant abuse disclosures under pressure.

These are red flags consistent with *coercive control*, defined in international law and psychological literature as "a strategic pattern of domination that includes isolation, intimidation, gaslighting, surveillance, and control over the victim's access to information or relationships."

Any attempt by providers to remove me from my son's medical, educational, or psychological coordination without a valid, unexpired, signed court order will be considered medical fraud, collusion in custodial interference, and ADA retaliation, subject to federal and state complaint.

Any mandated reporter who fails to file a child abuse report will be met with criminal charges filed by law enforcement and pursued in civil and criminal court.

Section 3: Temporary Guardianship Clause (Safety Planning)

If I am:

- Temporarily hospitalized,
- Obstructed or retaliated against by court actors,
- Or otherwise unable to act on behalf of my son due to ADA-protected disability,

I designate the following temporary guardian:

> name of guardian

This temporary authority is:

- Valid for up to 90 days, unless renewed;
- Limited to emergency medical, educational, therapeutic, behavioral health, and any other safety matters;
- Subordinate to my reinstated legal rights and access.

This clause is filed as a proactive child welfare and safety measure and may be presented to schools, doctors, hospitals, police, or child welfare officials.

Section 4: Document Integration and Legal Filing Notice

Executed This Day: 23rd October, 2025
City/State: Leavenworth, Kansas

Signature: _____
Angeliina Lynn Lawson
Phone: (913) 972-1661
Email: AngeliinaCourtRecords@gmail.com