# United States District Court

---------------------------- DISTRICT OF KANSAS----------------------------

**ANGELIINA LYNN LAWSON,**

        **Plaintiff,**

v.                                                       Case No: 25-cv-2171-JWB

**AMANDA MIRANDA,**
**HEATHER DUNZ,**

        **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Memorandum and Order filed December 11, 2025, the court DISMISSES WITHOUT PREJUDICE the instant action for the reasons stated in the court's prior order (Doc. 48) and for Plaintiff's continued failure to comply with court orders.  Further, Defendant's motion to dismiss (Doc. 11) is GRANTED.

  December 11, 2025                               SKYLER B. O'HARA
       Date                                                  CLERK OF THE DISTRICT COURT

                                                                 by:  s/ Joyce Roach
                                                                           Deputy Clerk