IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LYNN LAWSON,
Plaintiff, Pro Se Plaintiff & Next Friend to D.L.

v.

Kansas DCF, et. al.
Defendants.

Case No. 2:25-cv-02171-JWB-TJJ

NOTICE OF APPEAL

Notice is hereby given that Plaintiff Angeliina Lynn Lawson, a pro se and ADA-protected litigant, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final Memorandum and Order (Dkt. 76) and the corresponding Judgment in a Civil Case (Dkt. 77), entered in this action on December 11, 2025, which dismissed Plaintiff's complaint in its entirety.

This appeal includes all issues adjudicated and preserved in:

- Plaintiff's original complaint (Dkt. 1),
- All amended complaints and attached exhibits,
- All Rule 60(d)(3), Rule 27, and ADA filings,
- All motions, responses, supplements, objections, judicial notices, and orders leading up to and including Dkts. 76 and 77.

Plaintiff respectfully preserves her constitutional, statutory, and appellate rights for review under 28 U.S.C. § 1291, the Americans with Disabilities Act, the Due Process Clause, and any applicable civil rights protections under 42 U.S.C. §§ 1983, 12132, and 12203(b).

Respectfully submitted,                                  Dated: December 11, 2025

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson
Pro Se Plaintiff & Next Friend to D.L.
(913) 972-1661

CERTIFICATE OF SERVICE

I certify that on this 11th day of December, 2025, I caused a true and correct copy of the foregoing Notice of Appeal to be served via the Court's CM/ECF system to all parties on record.

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson

Pro Se Plaintiff & Next Friend to D.L.